969 A.2d 1050

IN THE MATTER OF MATTHEW M. MILLICHAP,
AN ATTORNEY AT LAW.

March 11, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–200, concluding on the record certified to he Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **MATTHEW M. MILLICHAP** of **LITTLE EGG HARBOR**, who was admitted to the bar of this State in 1972, should be suspended from the practice of law for a period of three months for violating *RPC* 4.1 (truthfulness in statements to others), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And **MATTHEW M. MILLICHAP** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **MATTHEW M. MILLICHAP** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective April 10, 2009; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of

*Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.